IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, DR. ADAM CORLEY, and TYLER REGIONAL HOSPITAL, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, OFFICE OF PERSONNEL MANAGEMENT, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, XAVIER BECERRA *in his official capacity as the Secretary of Health and Human Services*; KIRAN AHUJA *in her official capacity as the Director of the Office of Personnel Management*, JANET YELLEN *in her official capacity as the Secretary of the Treasury*, and MARTIN J. WALSH *in his official capacity as the Secretary of Labor*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:22-cv-00450<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF RELATED CASES**

PLEASE TAKE NOTICE that plaintiffs Texas Medical Association, Dr. Adam Corley, and Tyler Regional Hospital, LLC, hereby identify the following related case pending in the Eastern District of Texas before the Honorable Judge Jeremy D. Kernodle:

*Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.*, Civil Action No. 6:22-cv-00372-JDK ("*TMA II*").

In addition, Judge Kernodle previously presided over the case *Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.*, Civil Action No. 6:21-cv-00425-JDK ("*TMA I*"). This case, *TMA I*, and *TMA II* all involve challenges to agency rules implementing the No Surprises Act in ways that (1) unlawfully depress the "qualifying payment

1

amount" (QPA) and shield insurers' QPA calculations from meaningfully scrutiny by healthcare providers (this case), while (2) unlawfully elevating the QPA's importance in the arbitration process established by the Act for resolving reimbursement dispute between providers and insurers (*TMA I & II*). Because of the substantial overlap between the statutory and regulatory background of these cases, judicial efficiency would best be served by assigning this case to Judge Kernodle.

Dated: November 30, 2022                     Respectfully submitted,

/s/ *Penny P. Reid*

Penny P. Reid
Texas Bar No. 15402570
preid@sidley.com
Kelsey M. Taylor
Texas Bar No. 24098507
ktaylor@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3413
Fax: (214) 981-3400

Eric D. McArthur (*pro hac vice forthcoming*)
emcarthur@sidley.com
Brenna E. Jenny (*pro hac vice forthcoming*)
bjenny@sidley.com
Jillian Stonecipher (*pro hac vice forthcoming*)
jstonecipher@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8018
Fax: (202) 736-8711

Jaime L.M. Jones (*pro hac vice forthcoming*)
jaime.jones@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-0751
Fax: (312) 853-7036

*Counsel for Plaintiffs*