# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, DR. ADAM CORLEY, and TYLER REGIONAL HOSPITAL, LLC, and<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, OFFICE OF PERSONNEL MANAGEMENT, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, XAVIER BECERRA *in his official capacity as the Secretary of Health and Human Services*; KIRAN AHUJA *in her official capacity as the Director of the Office of Personnel Management*, JANET YELLEN *in her official capacity as the Secretary of the Treasury*, and MARTIN J. WALSH *in his official capacity as the Secretary of Labor*,<br><br>*Defendants*. | Case No.:<br>6:22-cv-00450-JDK (lead case) |
| LIFENET, INC., AIR METHODS CORPORATION, ROCKY MOUNTAIN HOLDINGS, LLC, and EAST TEXAS AIR ONE, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. DEPARTMENT OF LABOR, U.S. DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT | Case No.: 6:22-cv-00453-JDK |

|                                                      |   |
|------------------------------------------------------|---|
| HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | ) ) |
|                                                      | ) |
| *Defendants*.                                        | ) |
|                                                      | ) |
|                                                      | ) |
|                                                      | ) |
|                                                      | ) |

## **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE**

Before the Court is the parties' joint motion to consolidate these two cases. Federal Rule of Civil Procedure 42(a) provides that when actions involving common questions of law or fact are pending before the Court, the Court may order the actions consolidated or conduct a joint hearing or trial. These two cases present common issues of law and fact and should be consolidated for all purposes.

Accordingly, for purposes of judicial economy and efficiency, the Court **GRANTS** the motion. It is **ORDERED** that these two cases are consolidated, with Case No. 6:22-cv-00450 as the lead case. All future docket entries should be made only in the lead case, except for orders reflecting a final disposition.

So **ORDERED** and **SIGNED** this ___ day of _____.