# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al. | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) Case No.: 6:22-cv-00450-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) Lead Consolidated Case |
| *Defendants*. | ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO SET A SUMMARY JUDGMENT BRIEFING SCHEDULE

Before the Court is the parties' Joint Motion to Set a Summary Judgment Briefing Schedule. Being well-advised that the briefing schedule is agreed, and having fully considered the motion, the Court is of the opinion that the motion should be **GRANTED**. It is therefore

**ORDERED** that the briefing schedule for summary judgment in this matter is as follows:

- Plaintiffs' motions for summary judgment – Jan. 17, 2023

- Amicus curiae briefs supporting plaintiffs – Jan. 31, 2023

- Defendants' opposition/cross-motion for summary judgment – March 3, 2023

- Amicus curiae briefs supporting defendants – March 17 , 2023

- Plaintiffs' oppositions/replies in support of summary judgment – March 24, 2023

- Defendants' reply in support of summary judgment – April 14, 2023

Plaintiffs in each of the two consolidated cases may file (i) separate summary judgment motions of up to 30 pages each and (ii) separate opposition/reply briefs of up to 30 pages each. The parties propose that defendants be permitted to file (i) a single consolidated opposition/cross-

motion for summary judgment of up to 60 pages, and (ii) a single consolidated reply brief of up to 30 pages. Defendants' obligation to answer the complaints in these actions is waived.