IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., | § § § | |
| Plaintiffs, | § § | Case No. 6:22-cv-450-JDK |
| v. | § § | Lead Consolidated Case |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § | |
| Defendants. | § § | |
| LIENET, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:22-cv-453-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § | |
| Defendants. | § § | |

**ORDER CONSOLIDATING CASES AND
SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE**

Before the Court is the parties' joint motion to consolidate these cases and to set a summary judgment briefing schedule in this case (Docket No. 21). The Court hereby **GRANTS** the motion.

Federal Rule of Civil Procedure 42(a) provides that when actions involving common questions of law or fact are pending before the Court, the Court may order the actions consolidated or conduct a joint hearing or trial. These two cases present

1

common issues of law and fact and should be consolidated. Accordingly, for the purposes of judicial economy and efficiency, the Court **ORDERS** that these two cases are **CONSOLIDATED**, with Case No. 6:22-cv-450 as the lead case. All future docket entries should be made only in the lead case except for orders reflecting a final disposition.

It is further **ORDERED** that the briefing schedule for summary judgment in this case is as follows:

| | |
|---|---|
| Plaintiffs' motions for summary judgment | January 17, 2023 |
| *Amicus curiae* briefs supporting plaintiffs | January 31, 2023 |
| Defendants' opposition/cross-motion for summary judgment | March 3, 2023 |
| *Amicus curiae* briefs supporting defendants | March 17, 2023 |
| Plaintiffs' oppositions/replies in support of summary judgment | March 24, 2023 |
| Defendants' reply in support of summary judgment | April 14, 2023 |

Plaintiffs in each of the two consolidated cases may file (i) separate summary judgment motions of up to 30 pages each and (ii) separate opposition/reply briefs of up to 30 pages each. Defendants may file (i) a single consolidated opposition/cross-motion for summary judgment of up to 50 pages and (ii) a single consolidated reply brief of up to 30 pages. *Amicus curiae* need not move for leave before filing briefs.

Finally, Defendants' obligation to answer the complaints in these actions is waived.

So **ORDERED** and **SIGNED** this **12th** day of **January, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE