**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**DATE:  April 19, 2023**

| | |
|---|---|
| **DISTRICT  JUDGE** | **COURT REPORTER: Shea Sloan** |
| **Jeremy D. Kernodle** | **COURTROOM DEPUTY: Suzanne Wimberley** |

| | |
|---|---|
| Texas Medical Association, et al | |
| v. | 6:22-cv-450 |
| United States Department of Health and Human Services, et al | |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Eric D. McArthur | Anna L. Deffebach |
| Steven M. Shepard | |
| Madeleine Joseph | |
| Joshua D. Arters | |
| Brenna E. Jenny | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| **TIME:** | **MINUTES:  Hearing on Motions for Summary Judgment** |
|---|---|
| 9:59 am | Court calls the case; appearances noted. |
| 10:00 am | Plaintiff's attorney (McArthur) makes remarks; begins arguments. |
| 10:26 am | Defendant's attorney (Deffebach) begins arguments. |
| 10:44 am | McArthur responds. |
| 10:56 am | Deffebach responds to McArthur's argument. |
| 10:58 am | McArthur addresses issues. |
| 11:02 am | Plaintiff's attorney (Shepard) begins arguments. |
| 11:34 am | Shepard rests.  Deffebach addresses issues; begins argument. |
| 11:44 am | Deffebach rests.  Shepard responds. |
| 11:54 am | Shepard rests |

| 11:54 am | Motions taken under advisement.  Court adjourns. |

DAVID O'TOOLE, CLERK

BY:_____Suzanne Wimberley_____
Courtroom Deputy Clerk