IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE:  April 19, 2023

| DISTRICT JUDGE<br>Jeremy D. Kernodle | COURT REPORTER: Shea Sloan<br>COURTROOM DEPUTY: Suzanne Wimberley |
|---|---|
| Texas Medical Association, et al<br><br>v.<br><br>United States Department of Health and Human Services, et al | 6:22-cv-450 |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Eric D. McArthur | Anna L. Deffebach |
| Madeleine Joseph | |
| Brenna E. Jenny | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES:  Hearing on Motions for Summary Judgment |
|---|---|
| 1:58 pm | Court in session; Court questions Deffebach. |
| 2:00 pm | McArthur responds to Court's question. |

DAVID O'TOOLE, CLERK

BY:     Suzanne Wimberley
Courtroom Deputy Clerk