IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants*. | Case No.: 6:22-cv-00450-JDK <br><br> Lead Consolidated Case |

## NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Plaintiffs Texas Medical Association, Dr. Adam Corley, and Tyler Regional Hospital, LLC hereby cross-appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order (ECF No. 62 in No. 6:22- cv-00450-JDK) granting in part Plaintiffs' motion for summary judgment and denying in part Defendants' cross-motion for summary judgment, entered on August 24, 2023; from the Final Judgment (ECF No. 63 in No. 6:22-cv-00450-JDK), entered on the same date; and from all previous rulings in this action.

Dated: October 31, 2023                    Respectfully submitted,

/s/ *Eric D. McArthur*
Eric D. McArthur (*pro hac vice*) (Lead Attorney)
emcarthur@sidley.com
Brenna E. Jenny (*pro hac vice*)
bjenny@sidley.com
Jillian Stonecipher (*pro hac vice*)
jstonecipher@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8018
Fax: (202) 736-8711

Jaime L.M. Jones (*pro hac vice*)
jaime.jones@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-0751
Fax: (312) 853-7036

Penny P. Reid
Texas Bar No. 15402570
preid@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3413
Fax: (214) 981-3400

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system on October 31, 2023.

/s/ *Eric D. McArthur*
Eric D. McArthur